IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TIM DEMPSEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **CITY OF OMAHA, a municipal corporation; MICHAEL G. FAHEY, Individually and in his Official Capacity; PAUL LANDOW, Individually and in his Official Capacity and TOM MARFISI, individually and in his Official Capacity,** | ) ) ) ) ) ) ) ) | **8:07CV311** **ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the plaintiff's unopposed motion for leave to file a first amended complaint [18] and the defendants' motion to extend the deadline for filing motions for summary judgment based on qualified immunity [17].  Upon review of the record, the court finds that both motions should be granted.

**IT IS ORDERED:**

1. Plaintiff's motion [18] is granted.  Plaintiff shall file and serve his Amended Complaint no later than **January 25, 2008.**  All adverse parties shall answer or respond to the First Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a)(3).

2. Defendants' motion [17] is granted.  The deadline for filing motions for summary judgment based on qualified immunity (now set for January 7, 2008) is vacated.  A new deadline will be established at the time of the parties' planning conference on February 14, 2008.

**DATED January 8, 2008.**

BY THE COURT:

s/ F. A. Gossett
**United states Magistrate Judge**