IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TIM DEMPSEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:07CV311 |
| v. | ) | |
| | ) | ORDER |
| **CITY OF OMAHA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion for Extension of Time (Doc. 58) is granted, and the AMENDED FINAL PROGRESSION ORDER (Doc. 47) is extended as follows:

1. Motions *in limine* challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702, *see Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999), and *Daubert v. Merrell-Dow Pharm.*, 509 U.S. 579 (1993), shall be filed by **September 8, 2009** and accompanied by a request for a hearing if necessary.

2. Motions for summary judgment shall be filed not later than **September 30, 2009**.

3. All depositions, whether or not they are intended to be used at trial, shall be completed by **September 30, 2009.** All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow **rule time response** before September 30, 2009.

**DATED July 13, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**