IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TIM DEMPSEY,** | ) | **CASE NO. 8:07CV311** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CITY OF OMAHA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Time to File a Response (Filing No. 64).  In his motion, the Plaintiff requests that the Court grant him an extension until September 29, 2009, to file a brief in response to the Defendants' Motion in Limine (Filing No. 61).  Plaintiff's counsel has contacted defense counsel, and the Defendants have no objection to the pending motion.

The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Extend Time to File a Response (Filing No. 64) is granted; and

2. The Plaintiff is ordered to respond to the Defendants' Motion in Limine (Filing No. 61) on or before September 29, 2009.

DATED this 22nd day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge