IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TIM DEMPSEY,** | ) | **CASE NO. 8:07CV311** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CITY OF OMAHA, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Time to File a Response to the Defendants' motion for summary judgment (Filing No. 77). Plaintiff requests an extension of time until October 27, 2009.

The pretrial conference is scheduled for November 9, 2009. The Court attempts to decide pending pretrial motions before the pretrial conference date. Therefore, the Plaintiff's motion will be granted in part and denied in part, and the Defendants' reply date will be shortened.

Accordingly,

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Extend Time to File a Response (Filing No. 77) is granted in part and denied in part. The Plaintiff's response to the Defendant's motion for summary judgment is due on October 23, 2009;

2. The Defendants' reply brief is due on October 27, 2009. If the Defendants do not intend to file a reply brief, they should notify the Court accordingly as soon as possible; and

3. This case will be ripe for decision on October 28, 2009.

DATED this 19th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge